UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION



FILED
OCT 06 2022
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARENCE OWEN HALE,<br><br>               Defendant. | 3:06-CR-30020-CBK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER GRANTING MOTION |

A second petition to revoke supervised release was filed and such petition came on for a hearing before United States Magistrate Mark A. Moreno. At that hearing, defendant orally moved to dismiss the petition to revoke. Magistrate Moreno issued a Report and Recommendation recommending that the motion to dismiss be granted and the petition to revoke be dismissed. No party filed objections to the Report and Recommendation.

Now, therefore,

IT IS ORDERED:

1. The Report and Recommendation, Doc. 107, is adopted.
2. Defendant's oral motion to dismiss the petition to revoke is granted.
3. The petition to revoke supervised release, Doc. 94, is dismissed.

DATED this 6th day of October, 2022.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge